## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS – WESTERN DIVISION

| IN RE: | ) | Chapter | 13 |
|---|---|---|---|
| | ) | | |
| Richard F. Cosson, | ) | Case No. | 18-81772 |
|     SSN: xxx-xx-3472, | ) | | |
|                 Debtor. | ) | Judge | Thomas M. Lynch |

### NOTICE OF MOTION AND CERTIFICATE OF SERVICE

To:   Richard F. Cosson                          Lydia S. Meyer
        8373 Condor Circle                 U. S. Trustee
        Crystal Lake, IL 60014          308 West State Street, Suite 212
                                                        Rockford, IL 61105

      Please take notice that on **November 15, 2018, at 10:00 a.m.**, I shall appear in the U. S. Bankruptcy Court for the Northern District of Illinois, Western Division, at the Stanley J. Roszkowski United States Courthouse, Courtroom 3100, 327 South Church Street, Rockford, Illinois 61101 before the Honorable Thomas M. Lynch and then and there present the following:

### Attorney's Application For Compensation For Representing Chapter 13 Debtors and Proposed Order Allowing Compensation for Representation Of Chapter 13 Debtors

Copies of these documents are attached. You may appear on this date and at this time if you desire to do so.

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing documents was sent to the Debtor by enclosing the documents in an envelope addressed to the Debtors, first class mail, postage prepaid, and by depositing said envelope in the U. S. Post Office at McHenry, Illinois on **October 24, 2018**, and to Lydia S. Meyer, U. S. Trustee, and all other parties in interest by the Official Court Electronic Document Filing System.

*/s/ David Stretch*
David L. Stretch, Attorney for
Debtor Richard F. Cosson

Prepared by:
David L. Stretch, Attorney No. 6228693
Law Office of David L. Stretch
5447 Bull Valley Road
McHenry, Illinois 60050-7410
(815) 578-0055
Fax: 815-425-6000
Email: stretchlaw@gmail.com

Form 13-9 (20170105)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Western Division

| | |
|---|---|
| In Re: ) | BK No.: 18-81772 |
| Richard F. Cosson, ) | |
| ) | Chapter: 13 |
| ) | |
| ) | Honorable Thomas M. Lynch |
| ) | |
| Debtor(s) ) | |

## ATTORNEY'S APPLICATION FOR CHAPTER 13 COMPENSATION UNDER THE COURT-APPROVED RETENTION AGREEMENT
(Use for cases filed on or after April 20, 2015)

The undersigned attorney seeks compensation pursuant to 11 U.S.C. § 330(a)(4)(B) and the **Court-Approved Retention Agreement** executed by the debtor(s) and the attorney, for representing the interests of the debtor(s) in this case.

**Use of Court-Approved Retention Agreement:**

The attorney and the debtor(s) have entered into the Court-Approved Retention Agreement.

**Attorney Certification:**

The attorney hereby certifies that:
1. All disclosures required by General Order No. 11-2 have been made.

2. The attorney and the debtor(s) have either:

    (i) not entered into any other agreements that provide for the attorney to receive:

    a. any kind of compensation, reimbursement, or other payment, or

    b. any form of, or security for, compensation, reimbursement, or other payment that varies from the Court-Approved Retention Agreement; or

    (ii) have specifically discussed and understand that:

    a. the Bankruptcy Code may require a debtor's attorney to provide the debtor with certain documents and agreements at the start of the representation;

    b. the terms of the Court-Approved Retention Agreement take the place of any conflicting provision in an earlier agreement;

    c. the Court-Approved Retention Agreement cannot be modified in any way by other agreements; and

    d. any provision of another agreement between the debtor and the attorney that conflicts with the Court-Approved Retention Agreement is void.

Form 13-9 (20170105)

**Compensation sought for services in this case pursuant to the Court-Approved Retention Agreement:**

$ 4,000.00 flat fee for services through case closing

**Reimbursement sought for expenses in this case:**

$ 310.00 for filing fee paid by the attorney with the attorney's funds

$         for other expenses incurred in connection with the case and paid by the attorney with the attorney's funds (itemization must be attached)

$ 310.00 Total reimbursement requested for expenses.

**Funds previously paid to the attorney by or on behalf of the debtor(s) in the year before filing this case and not reflected in or related to the Court-Approved Retention Agreement:**

☒ None

A total of $    0

Date of Application: 10/24/2018        Attorney Signature _____