UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| In re: | Case No. 18-81772 |
| RICHARD F. COSSON | Chapter 13 |
| | Judge Thomas M. Lynch |
| Debtor. | Confirmation hearing: 01/31/2018 10:00 a.m. |

## FALCON GREENS TOWNHOME ASSOCIATION'S OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN FILED DECEMBER 18, 2018

Now comes a certain Creditor, FALCON GREENS TOWNHOME ASSOCIATION, by and through its attorney, Benjamin J. Rooney of Keay & Costello, P.C., and for its objection to Debtor's chapter 13 plan filed December 18, 2018 states as follows:

1. Falcon Greens Townhome Association is a claimant-creditor of the Debtor and brings this motion pursuant to 11 U.S.C. 1324 and 1325.

2. On September 28, 2018, Falcon Greens Townhome Association filed its proof of claim with respect to Debtor's obligation to pay association assessments for the property located at 8373 Condor Circle, Lakewood, Illinois 60014. (Exhibit "A").

3. That pursuant to Falcon Greens Townhome Association's governing documents, which have been recorded with the Recorder of Deeds of McHenry County, Illinois, a lien attaches to the property of the Debtor to secure unpaid assessments and other obligations arising out of ownership of a unit under the jurisdiction of Falcon Greens Townhome Association.

4. At the time Debtor filed the chapter 13 petition on August 17, 2018, Debtor owed the amount of $795.00 for past due assessments, late fees and attorney fees to Falcon Greens Townhome Association. (Exhibit "A").

5. Debtor's plan fails to fully and properly account for Falcon Greens Townhome Association secured interest in the subject real estate and the pre-petition arrearage.

6. As a result of Falcon Greens Townhome Association lien rights in Debtor's real estate and the proof of claim filed on September 28, 2018, Falcon Greens Townhome Association, should be included in Debtor's chapter 13 plan as a secured creditor in the amount of $795.00.

7. The plan lists Falcon Greens Townhome Association in section 3.2. Falcon Greens Townhome Association should be listed in section 3.1 as an arrearage.

8. As a result of Debtor's failure to fully account for the pre-petition secured debt owed to Falcon Greens Townhome Association, confirmation of Debtor's December 18, 2018 plan should be denied.

WHEREFORE, Falcon Greens Townhome Association prays this court for entry of the attached order denying confirmation of the Debtor's plan filed December 18, 2018, and for any such other and further relief as this court deems just and equitable within the premises.

FALCON GREENS TOWNHOME ASSOCIATION

By: _____
Benjamin J. Rooney

#6308111
Benjamin J. Rooney
**KEAY & COSTELLO, P.C.**
128 South County Farm Road
Wheaton, Illinois 60187
ben@keaycostello.com
(630) 690-6446