UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re:  
RICHARD F. COSSON

Debtors.

Case No. 18-81772  
Chapter 13  
Judge Thomas M. Lynch

Confirmation hearing:  
01/31/2019 10:00 a.m.

## NOTICE OF FILING

To:   See attached Service List.

**PLEASE TAKE NOTICE** that on this 27th day of December 2018, the undersigned caused to be electronically filed, with the Clerk of Court for the United States Bankruptcy Court, Northern District of Illinois, Eastern Division, FALCON GREENS TOWNHOME ASSOCIATION'S OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN FILED DECEMBER 18, 2018, a copy of which is attached hereto and served upon you herewith.

_/s/ Benjamin J. Rooney_

## PROOF OF SERVICE

The undersigned attorney certifies that he served a true and correct copy of the foregoing electronically to all parties eligible and by depositing same in the U.S. Mail, Wheaton, Illinois addressed to the parties appearing above on the 27th day of December, 2018.

_/s/ Benjamin J. Rooney_

SUBSCRIBED and SWORN to before me this 27th day of December, 2018.

_____  
Notary Public

OFFICIAL SEAL  
LISA A CARBY  
NOTARY PUBLIC - STATE OF ILLINOIS  
MY COMMISSION EXPIRES:07/19/22

#6308111  
Benjamin J. Rooney  
**KEAY & COSTELLO, P.C.**  
128 South County Farm Road  
Wheaton, Illinois 60187  
ben@keaycostello.com  
(630) 690-6446

## Service List

Richard F Cosson
8373 Condor Circle
Crystal Lake, Illinois 60014

David L. Stretch
Law Office of David L. Stretch
5447 West Bull Valley Road
McHenry, Illinois 60050-7410
(By electronic notice through ECF)

Lydia Meyer
P.O. Box 14127
Rockford, Illinois 61105-412
(By electronic notice through ECF)

Patrick S. Layng
Office of the U.S. Trustee, Region 11
780 Regent Street, Suite 304
Madison, Wisconsin 53715
(By electronic notice through ECF)